# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Kimberly Susan Schneider,

      Plaintiff,

v.

Equifax Information Services LLC;
Experian Information Solutions,
Inc.; Maximus Education, LLC d/b/a
Aidvantage; and Trans Union LLC,

      Defendant.

Case No. 25-cv-4393-JWB-EMB

**ORDER AND
AMENDED PRETRIAL
SCHEDULING ORDER**

---

Upon review and for good cause shown, the parties' Joint Motion to Modify Scheduling Order (Dkt. No. 41) is **GRANTED**, and the deadlines in this matter are amended as follows:

| EVENT | MODIFIED DEADLINE |
|---|---|
| Fact Discovery | October 21, 2026 |
| Expert Discovery<br>  - Disclosures Initial | <br>- November 25, 2026 |
|   - Disclosures Rebuttal | - December 23, 2026 |
|   - Depositions | - January 25, 2026 |
| Non-Dispositive Fact Discovery Motions | November 4, 2026 |
| Non-Dispositive Motions | February 10, 2027 |

| EVENT | MODIFIED DEADLINE |
|---|---|
| Dispositive Motions | March 29, 2027 |
| Ready for Trial | June 28, 2027 |

All other provisions of the pretrial scheduling order (Dkt. No. 27) remain in effect.

Date: July 9, 2026

s/Elsa M. Bullard

ELSA M. BULLARD
United States Magistrate Judge